FILED
U.S. DISTRICT COURT
2007 MAY 22 A 8:01
S.D. OF N.Y. W.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B. Industry Advancement And Legal Services Funds and the Westchester Teamsters Local Union No. 456,

07 CIV. 3955

RULE 7.1

ROBINSON

Plaintiffs,

-against-

GREENS FARMS TRUCKING CO.,

Defendant.

-------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: May 9, 2007

_____
Karin Arrospide, Esq. (KA9319)