| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE ANNUITY, EDUCATION & TRAINING, ET AL. Plaintiff(s), Petitioner(s) against GREENS FARMS TRUCKING CO. Defendant(s), Respondent(s) | CLIENT: Speedy Lawyers Service INDEX NO.: 07 CIV 3955 DATE OF FILING: 5/22/2007 **AFFIDAVIT OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Bethel, CT.

Furthermore, that on May 30, 2007 at 2:25 PM at 4 Hunting Lane, Westport, CT 06880, deponent served the **Summons In A Civil Action and Complaint; Rule 7.1** upon **Greens Farms Trucking Co.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint; Rule 7.1** with **Lisa Givens** a person who is known to be the **Managing Agent** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint; Rule 7.1**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Blonde** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **100-130lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Eric Rubin, Private Process Server

Sworn to before me on June 12, 2007

Notary Public
My Commission Expires: 7-31-2008