*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

Index No. 07 CIV 3955 (SCR)

Plaintiffs,

**VOLUNTARY NOTICE**
**OF DISMISSAL & ORDER**

-and-

GREENS FARMS TRUCKING CO.,

Defendant.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

Dated: June 19, 2007
Elmsford, New York

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

_____
Karin Arrospide, Esq. (KA9319)
Attorney for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

*Case Closed*

SO ORDERED:

_____
Honorable Stephen C. Robinson, U.S.D.J.

dated: June 27, 2007